JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOON, | Case No. CV 20-3379-GW-JEMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| WEBER MARKING SYSTEMS, INC., et al., | |
| Defendants. | |

Based upon the Joint Motion for Dismissal Between Plaintiff and Defendants Weber Marking Systems, Inc., and Craig Anderson, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: August 4, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE